IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALI ELIJAH DAVIS | : |
|     Petitioner, | : |
| | :   CIVIL ACTION NO. 17-1648 |
| v. | : |
| | : |
| LAWRENCE MAHALLY, *et al.*, | : |
|     Respondents. | : |

## ORDER

**AND NOW,** this 12th day of April 2018, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, all related filings, and upon review of the Report and Recommendation ("R&R") of United States Magistrate Judge Timothy R. Rice, and Petitioner's Objections to the R&R, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE** and without an evidentiary hearing;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED**.

                                          **BY THE COURT:**

                                          *Cynthia M. Rufe*

                                          _____

                                          **CYNTHIA M. RUFE, J.**